# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREATER YELLOWSTONE COALITITON,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br>    Defendant,<br><br>IDAHO ASSOCIATION OF COMMERCE AND INDUSTRY<br>    Intervenor. | Case No.: 4:12-cv-00060-BLW<br><br>**ORDER GRANTING MOTION TO INTERVENE** |

This Matter having come before the Court on the Motion of the Idaho Association of Commerce and Industry to Intervene, and the Court finding that there are no objections to the motion, no prejudice or delay will result to the other parties, and good cause otherwise appearing therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to intervene (docket no. 19) is GRANTED, and that the Idaho Association of Commerce and Industry is granted permissive intervention pursuant to Federal Rule of Civil Procedure 24(b)(1)(B).

IT IS FURTHER ORDERED, that the Proposed Answer (docket no. 20) be deemed the answer of the Idaho Association of Commerce and Industry .

ORDER - 1



DATED: **May 15, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

ORDER - 2